IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J. SCOTT LAMBERT,<br>*Plaintiff,* | : | CIVIL ACTION |
| v. | : | |
| ACE INA HOLDINGS, INC., et al.,<br>*Defendants.* | : | No. 15-3717 |

## ORDER

AND NOW, this 7th day of February, 2017, upon consideration of LINA's Motion to Enforce Jurisdiction, Partially Stay Arbitration, and Adjudicate the Parties' Long-Term Disability Benefit Calculation Dispute (Docket No. 40), Plaintiff's Response thereto (Docket No. 41), and following an oral argument on December 13, 2016, it is **hereby ORDERED** that:

1. LINA's Motion (Docket No. 40) is **DENIED**.

2. As requested by Mr. Lambert at oral argument, the Complaint is **DISMISSED without prejudice**. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge

1